# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 13-1307 | September Term, 2013 |
| | FERC-EL01-88-007 |
| | **Filed On:** January 31, 2014 |

In re: Louisiana Public Service Commission,

     Petitioner

------------------------------

Mississippi Public Service Commission, et al.,
     Intervenors

     **BEFORE:**   Garland, Chief Judge; Griffith, Circuit Judge; Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of the petition for a writ of mandamus to compel the Federal Energy Regulatory Commission to comply with this Court's 2008 mandate, the responses thereto, the motion for leave to reply, and the lodged reply, it is

**ORDERED** that the motion for leave to reply be granted. The Clerk is directed to file the lodged document. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied.

### Per Curiam

     **FOR THE COURT:**
     Mark J. Langer, Clerk

     BY:  /s/
           Jennifer M. Clark
           Deputy Clerk